AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

RONNIE DEAN BROWN,

               Plaintiff,

                                    JUDGMENT IN A CIVIL CASE

        **v.**

                                CASE NUMBER:   CV 121-084

UNITED STATES OF AMERICA,

                                           (Formerly CR 119-111)

               Defendant.

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on December 1, 2021, the Report and Recommendations of the Magistrate Judge is adopted as the opinion of this Court, Respondent's Motion is granted and Petitioner is denied a COA in this case.  Judgment is entered in favor of Respondent, and this civil action stands closed.

12/01/2021

*Date*

John E. Triplett, Clerk of Court

*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020